# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:25-cr-29 |
| v. | ) | |
| | ) | Judge Travis R. McDonough |
| WILLIAM DANNEL | ) | |
| | ) | Magistrate Judge Christopher H. Steger |
| | ) | |

## ORDER

U.S. Magistrate Judge Christopher H. Steger filed a report and recommendation (Doc. 88) recommending that the Court: (1) grant Defendant's motion to withdraw his not guilty plea to Count One of the ten count Indictment; (2) accept Defendant's guilty plea to Count One of the ten count Indictment; (3) adjudicate Defendant guilty of conspiracy to distribute 50 grams or more of methamphetamine (actual) in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 846; and (4) order that Defendant remain in custody pending sentencing or further order of this Court.

Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not guilty plea to Count One of the ten count Indictment is **GRANTED**;

2. Defendant's plea of guilty to Count One of the ten count Indictment is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of conspiracy to distribute 50 grams or more of methamphetamine (actual) in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 846; and

4. Defendant **SHALL REMAIN** in custody pending further order of this Court or sentencing which is scheduled to take place on **August 7, 2026, at 9:00 a.m**., before the undersigned.

**SO ORDERED.**

/s/*Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**